BROWN NERI SMITH & KHAN, LLP
Ethan J. Brown (SBN 218814)
  ethan@bnsklaw.com
Nona Yegazarian (SBN 316458)
  nona@bnsklaw.com
11601 Wilshire Blvd., Suite 2080
Los Angeles, CA 90025
Telephone:   310-593-9890
Fax:          310-593-9980

TIBERI LAW OFFICE
Todd J. Tiberi (SBN 243967)
  ttiberi@tiberilaw.com
100 Wilshire Blvd., Suite 700
Santa Monica, CA  90401
Telephone:   917-573-2802
Fax:          805-347-7933

Attorneys for Plaintiff/Counter-Defendant
DEN-MAT HOLDINGS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEN-MAT HOLDINGS, LLC,<br><br>   Plaintiff/Counter-Defendant,<br><br> v.<br><br>CAO GROUP, INC.,<br><br>   Defendant/Counter-Plaintiff. | Case No.: 2-18-cv-6358-CAS-JEM<br><br>**PLAINTIFF'S NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS FOR USE AT TRIAL**<br><br>**Final Pretrial Conference**<br>Date: Sept. 16, 2019<br>Time: 11:00 a.m.<br>Place: Courtroom 8D<br>Judge: Hon. Christina A. Snyder<br><br>Complaint Filed: July 23, 2018 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Pursuant to Rule 11(d) of the Individual Rules of the Honorable Christina A. Snyder, the following deposition transcripts, along with an index of designations and objections, were lodged with this Court for use at the October 1, 2019 trial in this matter:

1. Deposition of Nathan Hult, taken on March 20, 2019
2. Deposition of Nathan Hult, taken on May 30, 2019

DATED: September 15, 2019           BROWN NERI SMITH & KHAN, LLP

By: /s/ Ethan J. Brown
Ethan J. Brown (SBN 218814)
Attorneys for Plaintiff/Counter-Defendant
Den-Mat Holdings, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2019, I transmitted the foregoing document for filing and transmittal of a Notice of Electronic Filing with the Clerk of the Court using its CM/ECF System, which electronically provides notification of such filing to all counsel of record in this action.

Executed in Los Angeles, California on September 13, 2019.

/s/Nona Yegazarian