BROWN NERI SMITH & KHAN, LLP
Ethan J. Brown (SBN 218814)
  ethan@bnsklaw.com
Nona Yegazarian (SBN 316458)
  nona@bnsklaw.com
11601 Wilshire Blvd., Suite 2080
Los Angeles, CA 90025
Telephone:  310-593-9890
Fax:        310-593-9980

TIBERI LAW OFFICE
Todd J. Tiberi (SBN 243967)
  ttiberi@tiberilaw.com
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone:  917-573-2802
Fax:        805-347-7933

Attorneys for Plaintiff/Counter-Defendant
DEN-MAT HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DEN-MAT HOLDINGS, LLC,<br><br>             Plaintiff/Counter-Defendant,<br><br>     v.<br><br>CAO GROUP, INC.,<br><br>             Defendant/Counter-Plaintiff. | Case No.: 2-18-cv-6358-CAS-JEM<br><br>**PLAINTIFF'S INDEX OF DEPOSITION DESIGNATIONS**<br><br>**Final Pretrial Conference**<br>Date:   Sept. 16, 2019<br>Time:   11:00 a.m.<br>Place:  Courtroom 8D<br>Judge:  Hon. Christina A. Snyder<br><br>**Trial**<br>Date:   Oct. 1, 2019<br><br><br>Complaint Filed: July 23, 2018 |

**Plaintiff's Case in Chief:**

| Deponent | Plaintiff's Deposition Designations | Objections |
|---|---|---|
| Nathan Hult's March 20, 2019 Deposition Testimony | 7: 11-13 | |
| | 8: 2-6 | |
| | 10: 2-4 | |
| | 10:25 - 12:5 | FRE 401, 402 |
| | 12: 20-24 | FRE 401, 402 |
| | 13:18 -14:6 | FRE 401, 402 |
| | 14: 10-13 | FRE 401, 402, 602 |
| | 14:23 - 15:6 | FRE 401, 402, 602; foundation |
| | 17: 1-12 | |
| | 21:3 - 22:8 | |
| | 24: 4-13 | FRE 602, 611(c), 701; assumes facts not in evidence |
| | 25:18 - 26:7 | FRE 401, 402 |
| | 27:2- 28:11 | |
| | 28:17 - 29:10 | |
| | 29:15 -30:6 | FRE 602; foundation |
| | 30:14-16 | |
| | 30:20 - 31:16 | |
| | 31:19 - 32:10 | |
| | 32: 14-22 | |
| | 34:20-35:24 | FRE 401, 402 |
| | 42:21-25 | FRE 611(c); foundation, assumes facts not in evidence |

| | | |
|---|---|---|
| | 43: 11-16 | FRE 611(c); foundation, assumes facts not in evidence |
| | 43:20 - 44:2 | FRE 611(c); foundation, assumes facts not in evidence |
| | 44: 13-25 | |
| | 47: 14-20 | |
| | 49:18 - 50:1 | |
| | 52:24 - 53:10 | |
| | 54: 18-21 | FRE 602 |
| | 55: 6-13 | |
| | 76:21 - 77:5 | FRE 611(c), 1003; foundation |
| | 77:11 -78:2 | FRE 611(c), 1003; foundation |
| | 80:19-25 | FRE 1003 |
| | 82: 7-24 | FRE 1003 |
| | 83: 7-13 | FRE 602; foundation |
| | 88:16 - 89:23 | FRE 611(c), 1003; foundation |
| | 90:22 - 91:5 | FRE 602 |
| | 96: 2-13 | |
| | 97:13 - 98:7 | |
| | 99: 18-24 | FRE 602, 611(c); already asked and answered |
| | 104: 19-25 | foundation |
| | 105: 16-19 | foundation |
| | 106:22 - 107:3 | |
| | 107:23 - 108:13 | |
| | 113: 6-10 | FRE 602, 611(c); foundation |
| | 115: 3-7 | FRE 602; foundation |

PLAINTIFF'S INDEX OF DEPOSITION DESIGNATIONS

1

|  | 120: 8-22 |  |
|---|---|---|
|  | 121: 1-11 | FRE 602; assumes facts not in evidence |
|  | 127: 10-17 | FRE 602; foundation |
|  | 151: 8-11 | FRE 401, 402 |
|  | 153: 20-22 | FRE 602; foundation |

| Deponent | Plaintiff's Deposition Designations | Objections |
|---|---|---|
| Nathan Hult's May 30, 2019 Deposition Testimony | 5: 8-11 |  |
|  | 5: 14-15 |  |
|  | 5:23- 6:2 |  |
|  | 8: 1-12 | FRE 401, 402 |
|  | 10:23- 14:3 | FRE 401, 402, 404, 602, 801, 802, 1003; foundation |
|  | 14:16-21 | FRE 401, 402, 404, 602 |
|  | 15:18- 20:24 | FRE 401, 402, 602, 801, 802, 1003; foundation |
|  | 21:9 - 23:3 | FRE 401, 402; foundation |
|  | 23: 17-19 | FRE 401, 402; foundation |
|  | 27:17- 28:15 | FRE 401, 402; foundation |
|  | 29: 10-13 | FRE 401, 402, 801, 802; foundation |
|  | 30:13- 31:21 | FRE 401, 402 |
|  | 34:6 - 36:3 | FRE 401, 402, 801, 802; foundation, misstates prior testimony, leading |

|  | 36:5 - 37:10 | FRE 401, 402, 611(c), 801, 802; foundation, already asked and answered |
|---|---|---|
|  | 37:21 - 40:12 | FRE 401, 402, 611(c), 801, 802; foundation |
|  | 41:12 - 44:3 | FRE 401, 402, 611(c), 801, 802; foundation |
|  | 45: 7-22 | FRE 401, 402, 611(c), 801, 802; foundation |
|  | 46:17 -47:9 | FRE 401, 402, 611(c), 801, 802; foundation |
|  | 47:17 - 49:25 | FRE 401, 402, 404, 611(c), 801, 802; foundation |
|  | 50:7 -51:10 | FRE 401, 402, 801, 802 |
|  | 52:4 -53:5 | FRE 401, 402, 801, 802; foundation |
|  | 53: 10-13 | FRE 401, 402, 611(c); foundation, compound |
|  | 55: 13-18 | FRE 401, 402, 611(c); foundation |
|  | 56:3 - 58:25 | FRE 401, 402, 611(c), 801, 802, 1003; foundation, leading, assumes facts not in evidence |
|  | 60:13 - 61:4 | FRE 401, 402, 611(c), 1003; foundation, assumes facts not in evidence |

PLAINTIFF'S INDEX OF DEPOSITION DESIGNATIONS

1

| | | |
|---|---|---|
| | 62:11 - 65:6 | FRE 401, 402, 602, 611(c), 801, 802; foundation, assumes facts not in evidence |
| | 66:23 - 67:11 | FRE 401, 402, 611(c); foundation, assumes facts not in evidence |
| | 72:11 - 73:18 | FRE 401, 402, 611(c), 801, 802; foundation, assumes facts not in evidence |
| | 75:13 - 76:17 | FRE 401, 402, 602, 701, 801, 802, 1003; foundation, assumes facts not in evidence |
| | 77:15 - 78:7 | FRE 401, 402, 602, 801, 802, 1003; foundation, assumes facts not in evidence |
| | 78:22 - 82:24 | FRE 401, 402, 602, 611(c), 801, 802, 1003; foundation, assumes facts not in evidence |
| | 86:19 -87:10 | FRE 401, 402, 602, 611(c), 801, 802; foundation |
| | 88: 1-24 | FRE 401, 402, 602, 611(c), 801, 802; foundation, assumes facts not in evidence |
| | 91:19 - 92:1 | FRE 401, 402, 602, 611(c); foundation |

PLAINTIFF'S INDEX OF DEPOSITION DESIGNATIONS

1

| | 92:12 - 93:12 | FRE 401, 402, 404, 611(c), 801, 802; foundation, assumes facts not in evidence |
|---|---|---|
| | 94:11 - 96:18 | FRE 401, 402, 602, 611(c), 701, 801, 802; foundation |

DATED: September 15, 2019            BROWN NERI SMITH & KHAN, LLP

By: /s/ Ethan J. Brown
Ethan J. Brown (SBN 218814)
Attorneys for Plaintiff/Counter-Defendant
Den-Mat Holdings, LLC